ACCEPTED
03-12-00070-CV
8375668
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/28/2015 12:23:55 PM
JEFFREY D. KYLE
CLERK

## No. 03-12-00070-CV

### In the Third Court of Appeals
### Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/28/2015 12:23:55 PM
JEFFREY D. KYLE
Clerk

DESTRY KITTMAN, GLENDEE KITTMAN, AND MARTHA KITTMAN,

*Appellants*

**v.**

W. SHANE KITTMAN, DONALD E. ARTHUR, AND GWEN B. ARTHUR,

*Appellees*

APPEAL FROM CAUSE NO. 36643
33RD JUDICIAL DISTRICT OF BURNET COUNTY, TEXAS
HON. GUILFORD L. JONES PRESIDING

## AGREED, JOINT MOTON TO ABATE PENDING SETTLEMENT

TO THE HONORABLE THIRD COURT OF APPEALS:

The parties to this appeal, through their undersigned counsel of record, file this agreed, joint motion to abate this appeal for 30 days to allow the parties to reach and effectuate a settlement. The parties have conferred and have agreed to this joint motion, and no party opposes the relief jointly requested in this motion.

The parties have entered into settlement negotiations that, if successful, would resolve this matter without a decision from the Court. Upon any settlement, the parties would file an agreed, joint motion for disposition pursuant to the terms

of their agreement after the final settlement documents have been executed. The parties bring this motion to advise the Court about their negotiations so the Court will not expend further time or resources on this matter in the interim.

## REQUEST FOR RELIEF

The parties jointly request that the Court abate this appeal for 30 days pending conclusion of their anticipated settlement and the filing of an agreed, joint motion for disposition pursuant to the terms of any agreement.

Respectfully submitted,

J. Bruce Bennett (by permission)

J. Bruce Bennett
State Bar No. 02145500
CARDWELL, HART & BENNETT LLP
807 Brazos, Suite 1001
Austin, Texas 7870
Telephone: (512) 322-0011
Telecopier: (512) 322-0808
*Counsel for Appellants*

/s/ D. Todd Smith

D. Todd Smith
State Bar No. 00797451
todd@appealsplus.com
SMITH LAW GROUP LLLP
1250 Capital of Texas Hwy South
Three Cielo Center, Suite 601
Austin, Texas 78746
Telephone: (512) 439-3230
Telecopier: (512) 439-3232
*Counsel for Appellees*

**CERTIFICATE OF SERVICE**

On December 28, 2015, in compliance with Texas Rule of Appellate Procedure 9.5, I served this document on the following counsel of record by e-service, e-mail, and/or first-class United States mail:

J. Bruce Bennett
CARDWELL, HART & BENNETT LLP
807 Brazos, Suite 1001
Austin, Texas 78701
*Counsel for Appellants*

/s/ D. Todd Smith
D. Todd Smith
